RECEIVED
MAR - 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANAT V. SANGHANI, MD, LLC, Plaintiff | CIVIL ACTION NO. 1:17-CV-00686 |
| VERSUS | JUDGE DRELL |
| UNITED HEALTHCARE SERVICES, INC., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 10) filed by Defendant, United Healthcare Insurance Company of Illinois, is GRANTED, and Plaintiff's claims under La. R.S. 22:1821, 22:1832, and 22:1973 are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment (Doc. 10) filed by Defendant, United Healthcare Insurance Company of Illinois is DENIED AS MOOT.

Plaintiff's claim for benefits is, however, viable and converted to an ERISA claim to be processed by the Court in that fashion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 6 day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE