UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANAT V. SANGHANI, M.D., L.L.C., Plaintiff | CIVIL ACTION 1:17-CV-00686 |
| VERSUS | JUDGE DRELL |
| UNITED HEALTHCARE INSURANCE CO., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

The undersigned held a telephone conference on August 13, 2019. Present were Katherine Cicardo Mannino and Errol King for Defendant. Neither counsel of record for Plaintiff participated. The Court was advised that both counsel for Plaintiff likely intend to withdraw from the case. However, to date, neither has filed a motion to do so.

The Court was also advised that one of Plaintiff's attorneys may be ill. The Court certainly understands and makes all reasonable allowances for illness. But briefing deadlines continue to pass in this case unaddressed, and the merits remain unaddressed, all while Plaintiff's attorneys remain enrolled. In fairness to all parties, then, the Court considered some method of clarifying representation and advancing the litigation. The result of that consideration follows.

IT IS ORDERED that, on or before August 23, 2019, counsel of record for Plaintiff shall file a Motion to Withdraw that conforms to the requirements of Local

Rule 83.2.11.[1] If a Motion to Withdraw is made on behalf of an incapacitated attorney by an attorney who is not currently enrolled as of record, that motion must be filed on paper and in person in the Clerk of Court's office. See Local Rule 83.2.12.[2]

If no Motion to Withdraw is filed, then all attorneys and parties in the litigation will be subject to the briefing deadlines set forth below:

- Plaintiff's brief is due on or before September 27, 2019.
- Defendant's brief is due within 30 days of the filing of Plaintiff's brief.
- Plaintiff's reply brief is due within 7 days of the filing of Defendant's brief.

These deadlines will only be upset upon motion and with good cause shown.

---

[1] LR83.2.11. Continuing Representation, Withdrawals, Substitution of Counsel.
The original counsel of record shall be held to represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. He or she may obtain permission only upon joint motion to substitute counsel or upon a written motion served on opposing counsel and the client before the court acts. If other counsel is not thereby substituted, the motion to withdraw shall contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion shall be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

[2] LR83.2.12. Additional Counsel.
Where counsel has appeared for any party, other counsel may appear for the same party only:
    A.    Upon motion of counsel of record for that party, or motion consented to by him/her; or
    B.    Upon motion, after counsel for the party has been permitted to withdraw or has died, or is incapacitated, or cannot be found; or
    C.    Upon motion of a party after notice to counsel of record and a hearing thereon.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana on this 15th day of August, 2019.

                                                          Joseph H.L. Perez-Montes
                                                          United States Magistrate Judge